FILED

11/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0162

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0162

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                      O R D E R

JOHN CHRISTOPHER RYAN,

     Defendant and Appellant.

_____

Appellant John Christopher Ryan appeals from the December 20, 2021 Judgment and Sentence of the Eleventh Judicial District Court, Flathead County. Ryan argues the District Court imposed an illegal sentence by ordering that his sentence run consecutive to a sentence in another case in Idaho that had not yet been imposed.

The State has filed a Notice of Concession that this matter should be remanded to the District Court for the purpose of striking the court's imposition of a consecutive sentence because a sentencing court cannot order a defendant to serve a term of incarceration consecutive to a sentence that has not yet been imposed. *State v. McGuire*, 260 Mont. 386, 388, 860 P.2d 148, 150 (1993).

Based on Ryan's opening brief and the State's concession, and good cause appearing,

IT IS HEREBY ORDERED that this case is remanded to the Eleventh Judicial District Court, Flathead County, with instructions for the District Court to strike from the December 20, 2021 Judgment and Sentence the phrase "to run consecutive to the pending Idaho matter."

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable Heidi J. Ulbricht.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 15 2023